IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>LEON SCOTT | Criminal Action No.<br><br>1:15-CR-00284-AT-JKL-2 |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Jessica Morris, Assistant United States Attorney for the Northern District of Georgia files this Motion for Leave to File Dismissal requesting that that the Court enter an Order dismissing all counts of the Second Superseding Indictment against defendant Leon Scott insofar as he is now deceased

A proposed Order is attached as Exhibit 1.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/JESSICA C. MORRIS
*Assistant United States Attorney*
Georgia Bar No. 100907
Jessica.morris3@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
(404) 581-6000

1

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

William Allman Morrison

September 20, 2022

/s/ JESSICA MORRIS

JESSICA MORRIS

*Assistant United States Attorney*